JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STROOCK AND STROOCK AND LAVAN LLP,<br><br>                    Petitioner,<br><br>         vs.<br><br>RGM ENTERTAINMENT PTE LTD and DEVESH CHETTY,<br><br>                    Respondents. | ) CASE NO. CV 13-00336-MMM(JCx)<br>)<br>)<br>) JUDGMENT FOR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On April 3, 2013, the court entered an order confirming the arbitration award in favor of petitioner Stroock and Stroock and Lavan LLP and against respondents RGM Entertainment PTE Ltd. and Devesh Chetty.  Consequently,

IT IS ORDERED AND ADJUDGED

1.  That the arbitration award entered in favor petitioner Stroock and Stroock and Lavan LLP and against respondents RGM Entertainment PTE Ltd. and Devesh Chetty, which requires respondents to pay $205,788.61 to petitioner is confirmed; and

2.  That the action be, and it hereby is, dismissed.

DATED: April 3, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2